IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RICKY GIBSON** | * | |
| Plaintiff | * | |
| v. | * | **CIVIL NO. JKB-20-3156** |
| HVA IMPORTS, LLC, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of Plaintiff's Consent Motion for Voluntary Dismissal filed on February 19, 2021, (ECF No. 9), with the dismissal without prejudice accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 22 day of February, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge